**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAEED M. COUSAR, | : |
| Petitioner, | : |
| v. | : Civ. No. 20-7014 (GC) |
| ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, et al., | : **MEMORANDUM & ORDER** |
| Respondents. | : |

Petitioner is a former state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 11, 2022, this matter was reassigned to the undersigned. Shortly thereafter, on April 20, 2022, Petitioner was paroled. *See https://www20.state.nj.us/DOC_Inmate/details?x=1055290&n=0* (last visited on May 20, 2023) (indicating Petitioner's parole date of April 20, 2022). To date, Petitioner has not updated his address of record.

Petitioner is now in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

Accordingly, IT IS this 25th day of May, 2023,

ORDERED that by failing to provide the Court with his current address, Petitioner has not complied with Local Civil Rule 10.1; and it is further

ORDERED as a result, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

ORDERED that if Petitioner updates his contact information and satisfies the appropriate Rules within thirty (30) days of the date of this Memorandum and Order, this Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this Memorandum and Order on Petitioner by regular U.S mail at his last listed address of record.

_____
GEORGETTE CASTNER
United States District Judge